S. CANDEL COMPANY, INC., Respondent, v. ABRAHAM RATKOWSKY, Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ESTHER BLUMENTHAL v. LOUIS SCHWARTZ.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EDWARD HAWREY, an Infant, etc., v. HERMAN BRAND, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ERNO BIRO v. NEW YORK HERALD COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MIHALY BREUER v. NEW YORK HERALD COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JACOB B. DAVIS v. JACOB FRIEDMAN and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of JAMES L. RANDOLPH, Deceased.— Motion to dismiss appeal denied, and deposit in lieu of undertaking and notice thereof permitted to be made and given *nunc pro tunc* as of date of filing notice of appeal. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

REBECCA WEIS and Others, as Executors, etc., v. MARC KLAW and Others, as Executors, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ALICE R. SHEVLIN v. GEORGE A. SHEVLIN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of JOHN H. STREZLECKI, Deceased.— Motions to dismiss appeals granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

J. H. & C. K. EAGLE COMPANY, INC., v. HARRY STERNBERG.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WOODHOUSE, STOLL & COMPANY, INC., v. ROSSVILLE SILK MILLS COMPANY.— Motion granted and motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of LEON ISRAEL & BROS., INC., and MINT PRODUCTS COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.